UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF<br><br>MATTHEW P. GAGNON and MARY J. GAGNON,<br>Owners of M/V LUNITOM (O.N. 1174412),<br>Plaintiffs,<br><br>For Exoneration from or Limitation of Liability | C.A. No. 18-12435<br>In Admiralty |

## ORDER APPROVING SECURITY, DIRECTING ISSUANCE OF NOTICE, AND ENJOINING FURTHER PROSECUTION

A Complaint has been filed by Plaintiffs Matthew P. Gagnon and Mary J. Gagnon for exoneration from or limitation of liability pursuant to 46 U.S.C. §§ 30501-12 and Supplemental Rule F of the Federal Rules of Civil Procedure for any injuries, damages, or losses arising out of or resulting from an accident on August 31, 2018 in the Cape Cod Canal, involving their 2004 Stamas Tarpon 290 29-foot recreational boat, the M/V LUNITOM, ("the accident").

The Complaint alleges that the value of the Plaintiffs' interest in the vessel after the accident was $45,000.00, as stated in the Declaration of Jonathan K. Klopman.

Plaintiffs have deposited with the Court for the benefit of claimants security dated November 21, 2018 and executed by GEICO Marine Insurance Inc., in the total amount of FORTY-FIVE THOUSAND FIVE HUNDRED DOLLARS ($45,500.00) plus 6% interest *per annum*, which represents the sum of (a) Plaintiffs' interest in the vessel after the accident and (b) Plaintiffs' statutory obligation to give costs, pursuant to Supplemental Rule F(1).

Plaintiffs have also filed an *Ex Parte* Motion for Issuance of Injunction pursuant to Supplemental Rule F(3) of the Federal Rules of Civil Procedure for an order ceasing and enjoining all lawsuits, causes of action, and claims against plaintiffs and their property arising from the accident, except in this civil action.

THUS IT IS HEREBY ORDERED:

1. That the security for the value and costs deposited by Plaintiffs and their surety with the Court in the total amount of $45,500.00 plus 6% interest *per annum*, representing (a) the dollar amount of Plaintiffs' interest in the vessel after the accident, or $45,000.00, plus (b) costs Plaintiffs are statutorily obligated to provide, is approved and Plaintiffs are hereby deemed to comply with Supplemental Rule F(1) of the Federal Rules of Civil Procedure;

2. That pursuant to Supplemental Rule F(3) of the Federal Rules of Civil Procedure, any and all lawsuits, causes of action, and claims against the Plaintiffs and their property arising from the accident, except in this civil action, shall cease and are enjoined;

3. That service of this injunctive order may be made by mailing a certified copy to the persons and/or entities to be restrained, or to their respective attorneys, or alternatively by hand;

4. That a notice be issued by the Deputy Clerk in form and substance consistent with Exhibit A (attached), to all persons asserting claims with respect to the accident, admonishing them pursuant to Supplemental Rule F(4) of the Federal Rules of Civil Procedure to file their respective claims with the Clerk of the United States District Court for the District of Massachusetts, Eastern Division, and to serve a copy on plaintiffs' attorney, David J. Farrell Jr., Farrell Smith O'Connell LLP, P.O. Box 186, South Chatham, MA 02659 on or before February 1, 2019 or be defaulted;

5. That the notice shall be published in *The Cape Cod Times* once a week for four successive weeks prior to the date fixed for filing claims, as provided in Supplemental Rule F(4) of the Federal Rules of Civil Procedure, and plaintiffs shall also mail copies of the notice in accordance with Supplemental Rule F(4); and

6. That the Court may order the security for value to be increased if it finds that such an order is necessary as provided by Supplemental Rule F(7) of the Federal Rules of Civil Procedure.

DATED this 18th day of December, 2018.

/s/ George A. O'Toole, Jr.
United States District Judge

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF

MATTHEW P. GAGNON and MARY J. GAGNON,
Owners of M/V LUNITOM (O.N. 1174412),
Plaintiffs,

For Exoneration from or Limitation of Liability

C.A. No.
In Admiralty

## NOTICE OF ACTION BROUGHT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE IS HEREBY GIVEN that Plaintiffs Matthew P. Gagnon and Mary J. Gagnon have filed a Complaint pursuant to 46 U.S.C. §§ 30501-12 and Supplemental Rule F of the Federal Rules of Civil Procedure for exoneration from or limitation of liability for any and all claims for injuries, damages, and losses arising from the accident on August 31, 2018 in the Cape Cod Canal, involving their 2004 Stamas Tarpon 290 29-foot recreational boat, the M/V LUNITOM.

All persons having claims for injuries, losses, or damages must file them, as provided by Supplemental Rule F(4) of the Federal Rules of Civil Procedure, with the Clerk of the United States District Court for the District of Massachusetts, Eastern Division, 1 Courthouse Way, Boston, MA 02210, on or before February 1, 2019, or be defaulted. Personal attendance is not required.

Any claimant desiring to contest Plaintiffs' right to exoneration from or right to limitation of liability must file an answer to the Complaint, as required by Supplemental Rule F(5) of the Federal Rules of Civil Procedure, and serve a copy on Plaintiffs' attorney, David J. Farrell, Jr., P.O. Box 186, S. Chatham, MA 02659.

DATED this \_\_\_\_ day of _____, 2018.

_____
Deputy Clerk
District of Massachusetts