# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

IN THE MATTER OF:

MATTHEW P. GAGNON and MARY )
J. GAGNON, Owners of M/V LUNITOM )
(O.N. 1174412), )
    Plaintiffs, )    Civil Action No. 18-cv-12435-GAO
     )
**For Exoneration from** )
**or Limitation of Liability** )

## ORDER

Before the Court is the Claimant's, Scott Horrigan's, Unopposed Motion to Stay this Action and Lift the Injunction Restraining His Common Law Remedies. Having considered the Claimant's motion and the Stipulation he filed, and being otherwise fully advised in the premises, the Court hereby Orders:

1. The Order enjoining all related lawsuits outside of this current action, which was entered by this Court on December 18, 2018 (*Docket Entry # 6*), is hereby vacated.

2. This current action for limitation pending in this Court shall be stayed, pending the outcome of the Claimant's personal injury action in state court.

3. The Claimant is enjoined from executing upon any final judgment entered against the Plaintiff unless and until he is specifically authorized to do so by this Court

Dated: 5/2/2019

                        /s/ George A. O'Toole, Jr.
                          Hon. George A. O'Toole, Jr.